# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 28 WAL 2018

       Respondent            :

                                 :   Petition for Allowance of Appeal from

                                 :   the Order of the Superior Court

           v.                 :

THOMAS VERNON BARCHFELD,     :

       Petitioner             :

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of May, 2018, the Petition for Allowance of Appeal is **DENIED**.

    The ancillary applications for: 1) Leave to Withdraw as counsel; Withdrawal of the Application for Leave to Withdraw; and 3) Request to Expedite Disposition of Petition for Allowance of appeal are all **DENIED** as moot.

    Justice Todd and Justice Wecht did not participate in the consideration or disposition of this matter.